**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————x

SERGEANTS BENEVOLENT ASSOCIATION
HEALTH & WELFARE FUND, individually and on
behalf of itself and all others similarly situated,

Plaintiff,

-against-

ACTAVIS, PLC, and FOREST LABORATORIES,
LLC, MERZ PHARMA GMBH & CO. KGAA, MERZ
GMBH & CO. KGAA, MERZ PHARMACEUTICALS
GMBH, AMNEAL PHARMACEUTICALS, LLC,
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,
BARR PHARMACEUTICALS, INC., COBALT
LABORATORIES, INC., UPSHER-SMITH
LABORATORIES, INC., WOCKHARDT LIMITED,
WOCKHARDT USA LLC, SUN PHARMACEUTICALS
INDUSTRIES, LTD., DR. REDDY'S LABORATORIES
LTD., AND DR. REDDY'S LABORATORIES INC.,

Defendants.

——————————————————————x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/18

15 Civ. 6549 (CM)

**ORDER GRANTING GENERIC DEFENDANTS' MOTION AND**
**SETTING SUPPLEMENTAL BRIEFING SCHEDULE**

McMahon, C.J.:

On September 10, 2018, this Court lifted the stay that had been in place since September
13, 2016 and referred the case to the Honorable Robert W. Lehrburger for limited discovery, in
order to allow the parties to set a date for mediation after January 1, 2019. (Dkt. 122.) At that
time, the Court also indicated that it would review the pending motions to dismiss the Indirect
Purchaser Plaintiff's claims. (*Id.*)

On October 3, 2018, the Generic Defendants filed a motion to renew their motion to
dismiss and for leave to file a supplemental memorandum of law in order to update their motion
papers. (Dkt. 129; Dkt. 130, at 1.)

1

The Court agrees with the Generic Defendants that intervening events in the Direct Purchaser action and new case law in the Second Circuit warrant supplemental briefing. At the same time, the Court is mindful of its previous order, which anticipates that the parties will conclude discovery quickly so as to facilitate mediation. Accordingly, this Court GRANTS the Generic Defendants' motion to renew, GRANTS their motion for leave to file a supplemental memorandum, and ORDERS the following briefing schedule:

- Any Defendant wishing to submit a supplemental memorandum of law in support of its motion to dismiss must do so by Thursday, October 11.

- Memoranda of law in opposition are due by Thursday, October 18.

- Reply papers must be submitted by Tuesday, October 23.

The Court encourages the parties to reference its Individual Practices and Procedures, particularly Rule IV.E. As these are supplemental briefs, motions to exceed page limits will not be granted absent compelling circumstances.


Dated: October 4, 2018

_____
Chief Judge


BY ECF TO ALL PARTIES