```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
       UNITED STATES DISTRICT COURT           DOC #:_____
       SOUTHERN DISTRICT OF NEW YORK          DATE FILED: 10/10/18
```

SERGEANTS BENEVOLENT ASSOCIATION
HEALTH & WELFARE FUND, individually and on
behalf of itself and all others similarly situated,

    Plaintiff,

v.

ACTAVIS, PLC, and FOREST LABORATORIES, LLC
MERZ PHARMA GMBH & CO., KGAA, MERZ GMBH
& CO., KGAA, MERZ PHARMACEUTICALS GMBH,
AMNEAL PHARMACEUTICALS, LLC, TEVA
PHARMACEUTICALS USA, INC., TEVA
PHARMACEUTICAL INDUSTRIES, LTD., BARR
PHARMACEUTICALS, INC., COBALT
LABORATORIES, INC., UPSHER-SMITH
LABORATORIES, INC., WOCKHARDT LIMITED,
WOCKHARDT USA LLC, SUN PHARMACEUTICALS
INDUSTRIES, LTD., DR. REDDY'S LABORATORIES
LTD., and DR. REDDY'S LABORATORIES INC.,

    Defendants.

C.A. No. 15-cv-6549

## CASE MANAGEMENT ORDER

**WHEREAS,** the Indirect Purchaser Plaintiffs ("IPPs") propose the following Case Management Order consistent with Judge McMahon's September 10, 2018 Order (Dkt. No. 122), the Court hereby ORDERS the following timing and sequencing of events:

| Timing | Event |
| --- | --- |
| October 5, 2018 | Deadline for IPP Protective Order to be executed by all Parties, allowing production to begin. |
| October 11, 2018 | Deadline for defendants to submit a supplemental memorandum of law in support of motions to dismiss. Dkt. No. 134. |
| October 12, 2018 | Deadline for Defendant Forest to produce un-redacted copies of (1) DPPs' Motions for Summary Judgment on Counts One and Five, oppositions and replies, and all exhibits; (2) DPPs' Motion for Class Certification, opposition and reply, and all exhibits; (3) Forest's Motion for Summary Judgment, opposition and reply, and all exhibits; (4) Daubert Motions, |

| | |
|---|---|
| | oppositions, replies, and all exhibits; (5) the depositions and exhibits of Forest fact witnesses; and (6) the depositions and exhibits of all Generic Defendants, provided that written consent is provided. |
| October 18, 2018 | Deadline for IPPs to submit memoranda of law in opposition to supplemental memoranda of law filed in support of defendants motions to dismiss. Dkt. No. 134. |
| October 23, 2018 | Deadline for defendants to submit reply in further support of supplemental memoranda of law in support of motions to dismiss. Dkt. No. 134. |
| October 26, 2018 | Deadline to serve requests for production upon Parties for production of supplemental, non-duplicative discovery. |
| October 31, 2018 | Deadline to serve initial interrogatories. |
| November 16, 2018 | Document production will occur on a rolling basis. Parties must complete their production of information, documents and/or things by this date. |
| December 19, 2018 | Deadline by which Depositions shall be completed. All discovery requests must be served to be answerable by this date, except for requests for admission pertaining to admissibility of evidence, to which this deadline does not apply. |

SO ORDERED

Dated: 10/9, 2018

The Hon. Robert W. Lehrburger
United States Magistrate Judge