# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3916
epstephens@jonesday.com

October 23, 2018

VIA CM/ECF

The Honorable Colleen McMahon
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Sergeants Benevolent Ass'n Health & Welfare Fund, et al., v. Actavis, PLC, et al.*, No. 15-cv-6549-CM (S.D.N.Y.) -- Request for Oral Argument

Dear Judge McMahon:

    The Generic Defendants respectfully request that the Court hold oral argument on the Generic Defendants' motion to dismiss the complaint. Briefing, including supplement briefing as provided by the Court's Order dated October 4, 2018, has now been completed. *See* ECF Nos. 80, 81, 88, 89, 146, 158. Generic Defendants' submitted their Supplemental Reply today, October 23, 2018.

                        Very truly yours,

                        /s/ *Eric P. Stephens*

Cc: Counsel of Record (via ECF)