USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/18

October 30, 2018

VIA ECF

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

The Honorable Colleen McMahon
United States District Court
500 Pearl Street
New York, NY 10007

*Sergeants Benevolent Ass'n Health & Welfare Fund v. Actavis plc*, 15-cv-6549-CM

Dear Judge McMahon:

**MEMO ENDORSED**

We write with respect to Plaintiff's reply brief in support of its motion for leave to file a second amended complaint (ECF 163). Plaintiff's statement that "[o]nly the Generic Defendants oppose the motion" (ECF No. 163 at 1) is incorrect. As Forest and Merz Defendants stated in the reply in support of our supplemental motion to dismiss the first amended complaint, we will oppose Plaintiffs' motion to amend in due course, and we will timely file our opposition by the deadline, November 1, 2018. *See* ECF No. 159 at 4 ("Forest Defendants intend to oppose IPPs' motion for leave in due course"); Individual Practices & Procedures, Chief Judge Colleen McMahon § IV.G. ("Answering papers or motions are to be served fourteen days after receipt of the moving papers."). We respectfully request that the Court not decide the motion until it is fully briefed.

Respectfully submitted,

/s/ Martin M. Toto

**Martin M. Toto**

T +1 212 819 8852
E mtoto@whitecase.com

---

10/31/2018

The Court opposes the motion. We have known considerable [sic] motions to dismiss; no effort was made to further amend the complaint until after defendants filed additional papers in support of the pending motions to dismiss. I will decide THOSE motions.

CM