**WHITE & CASE**

January 2, 2019

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/19
```

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020 1095
T +1 212 819 8200

whitecase.com

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Sergeants Benevolent Association Health & Welfare Fund v. Actavis, plc, et al.*, Case No. 15-cv-06549-CM (S.D.N.Y.)

Dear Judge McMahon:

Forest Laboratories, LLC, Actavis plc, Merz Pharmaceuticals GmbH, Merz GmbH & Co. KGaA, and Merz Pharma GmbH & Co. KGaA (collectively, "Forest and Merz Defendants") respectfully request a 30-day extension of the deadline to file their respective answers to the operative complaint, from January 9, 2019 to February 8, 2019. Forest and Merz Defendants have not previously requested an extension to file their answers in this action. Plaintiff has agreed to this request. The requested extension will not affect any other scheduled deadlines.

Respectfully submitted,

**MEMO ENDORSED**

*/s/ Martin M. Toto*

**Martin M. Toto**

E mtoto@whitecase.com
T +1 212 819 8852

*Everyone gets the same extension*

*[signed] Colleen McMahon*
1/3/19