UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEANTS BENEVOLENT ASSOCIATION
HEALTH & WELFARE FUND, individually and on
behalf of itself and all others similarly situated,

    Plaintiff,

v.

ACTAVIS, PLC, and
FOREST LABORATORIES, LLC, MERZ PHARMA
GMBH & CO., KGaA, MERZ GmbH & Co. KGaA,
MERZ PHARMACEUTICALS GmbH, AMNEAL
PHARMACEUTICALS, LLC, TEVA
PHARMACEUTICALS USA, INC., TEVA
PHARMACEUTICAL INDUSTRIES, LTD., BARR
PHARMACEUTICALS, INC., COBALT
LABORATORIES, INC., UPSHER-SMITH
LABORATORIES, INC., WOCKHARDT LIMITED,
WOCKHARDT USA LLC, SUN
PHARMACEUTICALS INDUSTRIES, LTD., DR.
REDDY'S LABORATORIES LTD., and DR. REDDY'S
LABORATORIES INC.,

    Defendants.

C.A. No. 15-cv-6549-CM-RWL

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/19

### NOTICE OF MERZ'S MOTION
### FOR CLARIFICATION PURSUANT TO FED. R. CIV. P. 60

**PLEASE TAKE NOTICE** that, pursuant to Rule 60 of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law dated January 11, 2019, Merz Pharmaceuticals GmbH, Merz GmbH & Co. KGaA, and Merz Pharma GmbH & Co. KGaA (collectively, "Merz") hereby respectfully move this Court for an order clarifying that Count I of Plaintiff's operative complaint does not contain allegations against Merz.

*[Handwritten annotation: 1/14/2019 You are correct. It does not. Let's keep things moving. Sorry. Colleen M[cMahon] (motion granted; clerk to remove #148 from list per Joon)]*

Dated: January 11, 2019

Respectfully submitted,

*/s/ Martin M. Toto*

Martin M. Toto
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Counsel for Defendants Merz GmbH & Co KGaA, Merz Pharmaceuticals GmbH, and Merz Pharma GmbH & Co. KGaA*