USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-6-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SERGEANTS BENEVOLENT ASSOCIATION  :
HEALTH & WELFARE FUND, ET. Al.,         :              15-cv-6549 (CM) (RWL)

                              Plaintiff,        :              **ORDER**

                                                :

            - against -                         :

                                                :

ACTAVIS, PLC, ET AL.,                           :

                              Defendants.        :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff SBA's motion to reconsider the Court's February 18, 2019 Order (Dkt. 243) denying SBA's motion to quash deposition notices of two SBA employees but deferring the depositions until after the parties' mediation. (Dkt. 246.) The Court has considered the motion, along with Defendant Forest's opposition, and prior proceedings and orders as follows:  The February 18, 2019 Order shall be held in abeyance and discussed in the context of post-mediation discovery in the event mediation is unsuccessful.  The parties shall (1) file a status report with the Court every 60 days (starting from the date of this Order), and (2) notify the Court of the case status within one week after completion of the mediation.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:        March 6, 2019
              New York, New York
Copies transmitted to all counsel of record.

1