

Safirstein Metcalf LLP

Peter Safirstein
Direct Dial: 212-201-2845
psafirstein@safirsteinmetcalf.com

March 13, 2019

<u>VIA CM/ECF</u>

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     ***Sergeants Benevolent Assoc. Health & Welfare Fund, et al. v. Actavis, PLC, et al***,
        **Case No. 1:15-CV-06549-CM (S.D.N.Y.)**

Dear Judge McMahon:

Plaintiff and the Forest and Merz Defendants in the above-captioned case are jointly writing to report that the mediation with Jonathan Marks did not result in the resolution of this matter. Counsel for the Direct Purchaser Plaintiffs and counsel for Forest in the companion action had scheduled a three-day mediation that commenced on March 6th. That companion mediation reached an impasse. While Plaintiff and the Forest and Merz Defendants engaged in mediation efforts leading up to the March dates, due to the impasse reached in the DPP mediation, the mediator recommended that the in-person mediation session in this action scheduled for March 8th not go forward.

Respectfully submitted,

/s/ *Martin M. Toto*

Martin M. Toto
Heather K. McDevitt
**WHITE & CASE LLP**
1221 Avenue of the
Americas
New York, New York 10020
Telephone: (212) 819-8200

***Counsel for Forest and
Merz Defendants***

/s/ *Peter Safirstein*

Peter Safirstein
Elizabeth Metcalf
**SAFIRSTEIN METCALF LLP**
The Empire State Building
350 Fifth Avenue, Suite 5960
New York, NY 10118
Telephone: (212) 201-2845
PSafirstein@SafirsteinMetcalf.com
EMetcalf@Safirsteinmetcalf.com

/s/ *Marvin A. Miller*

Marvin A. Miller

_____
**Safirstein Metcalf LLP The Empire State Building, 350 Fifth Ave., 59th Fl., New York, NY 10118**

March 13, 2019
Page 2

Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street,
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
MMiller@millerlawllc.com
LFanning@millerlawllc.com

*Counsel for Plaintiff*

cc: Jonathan Marks (via email)