

Peter Safirstein
Direct Dial: 212-201-2845
psafirstein@safirsteinmetcalf.com

March 14, 2019

**VIA CM/ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: ***Sergeants Benevolent Assoc. Health & Welfare Fund, et al. v. Actavis, PLC, et al***,
Case No. 1:15-CV-06549-CM (S.D.N.Y.)

Dear Judge McMahon:

We write to inform the Court that a separate mediation between the Indirect Purchaser Plaintiff and the Generic Defendants is scheduled for April 3 and possibly April 4, 2019.

    Respectfully submitted,

    */s/ Peter Safirstein*
    Peter Safirstein
    Elizabeth Metcalf
    **SAFIRSTEIN METCALF LLP**
    The Empire State Building
    350 Fifth Avenue, Suite 5960
    New York, NY 10118
    Telephone: (212) 201-2845
    PSafirstein@SafirsteinMetcalf.com
    EMetcalf@Safirsteinmetcalf.com

    */s/ Marvin A. Miller*
    Marvin A. Miller
    Lori A. Fanning
    **MILLER LAW LLC**
    115 South LaSalle Street,
    Suite 2910
    Chicago, IL 60603

March 14, 2019
Page 2

Telephone: (312) 332-3400
MMiller@millerlawllc.com
LFanning@millerlawllc.com

*Counsel for Plaintiff*

cc: Jonathan Marks (via email)
All counsel of record (via ECF)

_____
**Safirstein Metcalf LLP The Empire State Building, 350 Fifth Ave., 59th Fl., New York, NY 10118**