
Safirstein Metcalf LLP

Peter Safirstein
Direct Dial: 212-201-2845
PSafirstein@SafirsteinMetcalf.com

April 10, 2019

**VIA ECF**
The Honorable Robert W. Lehrburger
United State District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1960
New York, NY 10007-1312

Re: ***Sergeants Benevolent Assoc. Health & Welfare Fund, et al. v. Actavis, PLC, et al**,*
**Case No. 1:15-CV-06549-CM (S.D.N.Y.)**

Dear Judge Lehrburger:

We write on behalf of the Indirect Purchaser Plaintiff to inform the Court that our mediation with the Generic Defendants is still ongoing beyond our in-person session last week.

We request that all discovery in this case be paused temporarily so that we can determine which parties will continue in this litigation. Once that is determined, consistent with our earlier request, we will seek a conference with the Court to address a comprehensive discovery schedule.

The only discovery that is ongoing is limited third party discovery by the so-called Brand Defendants. As the Court is likely aware, Judge McMahon has set a schedule in the companion Direct Purchaser litigation with a trial date of October 21, 2019. Any trial in this matter will be scheduled for a date after the Direct Purchaser trial. Accordingly, there will be no prejudice suffered by any party were a brief pause to be ordered.

Respectfully submitted,

Peter Safirstein

cc: all Counsel of Record (via ECF)

**SAFIRSTEIN METCALF LLP**
350 Fifth Avenue, Suite 5960, New York, New York 10118