UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUND, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS, PLC, and FOREST LABORATORIES, LLC MERZ PHARMA GMBH & CO., KGAA, MERZ GMBH & CO., KGAA, MERZ PHARMACEUTICALS GMBH, AMNEAL PHARMACEUTICALS, LLC, TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., BARR PHARMACEUTICALS, INC., COBALT LABORATORIES, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT LIMITED, WOCKHARDT USA LLC, SUN PHARMACEUTICALS INDUSTRIES, LTD., DR. REDDY'S LABORATORIES LTD., and DR. REDDY'S LABORATORIES INC.,<br><br>Defendants. | C.A. No. 15-cv-6549 |

**SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF MILLER LAW LLC AND SAFIRSTEIN METCALF LLP AS INTERIM CO-LEAD COUNSEL**

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that that upon the accompanying memorandum of law dated April 29, 2019, the accompanying Declaration of Peter Safirstein and the exhibits attached thereto, Plaintiff Sergeants Benevolent Association Health and Welfare Fund ("SBA") hereby moves for the issuance of an order appointing Miller Law LLC and Safirstein Metcalf LLP as Interim Co-Lead Counsel pursuant to Federal Rule of Civil Procedure 23(g).

A [Proposed] Order is submitted along with this motion.

                                      Respectfully submitted,

Dated: April 29, 2019                     */s/Peter Safirstein*

                                      Peter Safirstein
                                      Elizabeth Metcalf
                                      **SAFIRSTEIN METCALF LLP**
                                      The Empire State Building
                                      350 Fifth Avenue, Suite 5960
                                      New York, NY 10118
                                      Telephone: (212) 201-2845
                                      PSafirstein@SafirsteinMetcalf.com
                                      EMetcalf@Safirsteinmetcalf.com

                                      Marvin A. Miller
                                      Lori A. Fanning
                                      **MILLER LAW LLC**
                                      115 South LaSalle Street, Suite 2910
                                      Chicago, IL 60603
                                      Telephone: (312) 332-3400
                                      MMiller@millerlawllc.com
                                      LFanning@millerlawllc.com

                                      ***Counsel for End-Payor Sergeants Benevolent Association Health & Welfare Fund***

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I caused the foregoing Sergeants Benevolent Association Health and Welfare Fund's Notice of Motion and Motion for Appointment of Miller Law LLC and Safirstein Metcalf LLP as Interim Co-Lead Counsel to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System.

*/s/ Elizabeth Metcalf*
Elizabeth Metcalf