UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUND, INDIVIDUALLY AND ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br>v.<br><br>ACTAVIS, PLC, FOREST LABORATORIES, LLC, MERZ GMBH & CO. KGAA, MERZ PHARMA GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH, AMNEAL PHARMACEUTICALS, LLC, TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., BARR PHARMACEUTICALS, INC., COBALT LABORATORIES, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT LIMITED, WOCKHARDT USA LLC, SUN PHARMACEUTICALS INDUSTRIES, LTD., DR. REDDY'S LABORATORIES LTD., and DR. REDDY'S LABORATORIES INC.,<br>      Defendants. | Civil Action No.: 1:15-CV-06549 |

**JOINT STATUS REPORT**

The parties submit this Joint Status report pursuant to the April 26, 2019 Order entered by Magistrate Judge Robert Lehrburger (ECF No. 256).

**Mediation**

As previously stated, the End Payor Plaintiff ("EPP") did not reach resolution through mediation with Forest and Merz (the "Brand Defendants"). The EPP and the Generic Defendants engaged in mediation in New York City on April 3, 2019, with Jonathan Marks. Subsequent efforts resulted in signed settlement agreements between the EPP on behalf of a putative

settlement class and Wockhardt, and with Amneal, Sun, and Upsher-Smith. The EPP did not reach agreement with the remaining Generic Defendants: Dr. Reddy's, Teva, Cobalt or Barr. Pursuant to those agreements, the EPPs and Wockhardt, Amneal, Sun, and Upsher-Smith have agreed to a stay of proceedings other than those incident to the settlement agreement and the settlement process, subject to the court's approval of the settlement, and will make formal filings necessary to effectuate that stay.

**Case Schedule**

Except as to the settling defendants, Wockhardt, Amneal, Sun, and Upsher-Smith,[1] the parties believe it would be beneficial to meet and confer regarding the remaining schedule in this matter. The parties would then submit to the Court the parties' views concerning further proceedings in this matter. The plaintiff believes it would be beneficial to hold a Case Management Conference to address the remaining fact discovery, including discovery as to third parties, and expert discovery for class certification and merits.

**Pending motions**

There are no pending motions.

Dated: June 26, 2019               By: __*Lori A. Fanning*_____
                                          Marvin A. Miller
                                          Lori A. Fanning
                                          **MILLER LAW LLC**
                                          115 South LaSalle Street, Suite 2910
                                          Chicago, IL 60603
                                          Telephone: (312) 332-3400
                                          MMiller@millerlawllc.com
                                          LFanning@millerlawllc.com

---

[1] Given the settlements, the parties will request a stay of proceedings as to defendants Wockhardt, Amneal, Sun, and Upsher-Smith until settlement approval and these defendants would not be subject to a case management order going forward.

Peter Safirstein
Elizabeth Metcalf
**SAFIRSTEIN METCALF**
The Empire State Building
350 Fifth Avenue, Suite 5960
New York, New York 10118
Telephone: (212) 201-2845
PSafirstein@SafirsteinMetcalf.com
EMetcalf@Safirsteinmetcalf.com

*Counsel for Plaintiff*

Jonathan Berman
Jon Heintz
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 879-1700

Eric P. Stephens
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: (202) 326-3916
Fax: (212) 755-7306

*Counsel for Defendants*
*Dr. Reddy's Laboratories, Ltd. and Dr.*
*Reddy's Laboratories, Inc.*

Christopher T. Holding
Sarah K. Frederick
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Defendants*
*Teva Pharmaceuticals USA, Inc., Teva*
*Pharmaceutical Industries Ltd., Barr*
*Pharmaceuticals, Inc., and  Cobalt*
*Laboratories, Inc.*

Jay P. Lefkowitz, P.C.
Devora W. Allon
Alexandra Strang
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-6456
Facsimile: (212) 446-4900

*Counsel for Defendants Amneal*
*Pharmaceuticals, LLC, Upsher-Smith*
*Laboratories, Inc., and Sun Pharmaceutical*
*Industries Ltd.*

Martin M. Toto
Heather K. McDevitt
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200

*Counsel for Defendants Actavis plc, Forest*
*Laboratories, LLC, Merz Pharma GmbH &*
*Co., KGaA, Merz Gmbh & Co., KGaA, and*
*Merz Pharmaceuticals GmbH*

3

William Alfred Escobar
Damon William Suden
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7771
Facsimile: (212) 808-7897

*Counsel for Defendants Wockhardt Limited and Wockhardt USA LLC*

4