```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8·1·19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERGEANTS BENEVOLENT ASSOCIATION  :
HEALTH & WELFARE FUND, ET. Al.,           :
                                                                      :     15-cv-6549 (CM) (RWL)
                              Plaintiff,             :
                                                                      :     **ORDER**
            - against -                                   :
                                                                      :
ACTAVIS, PLC, ET AL.,                              :
                                                                      :
                              Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 31, 2019, the Court held a case management conference to discuss various scheduling and discovery issues raised by the parties in their recent submissions. (Dkt. 273.) For the reasons stated on the record, the Court ORDERS:

1. The parties' request to stay the case pending the outcome of trial in the direct purchaser action is denied. Discovery shall proceed.

2. By August 30, 2019, Plaintiffs shall provide Defendants with a proposed amended complaint. The parties will meet and confer to resolve any issues associated with the proposed amended complaint, and raise any disputes with the Court by letter motion.

3. Defendants may proceed with two additional depositions of Plaintiffs' employees.

4. Expert depositions shall not be limited to four hours.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     August 1, 2019
           New York, New York

Copies transmitted to all counsel of record.