UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8.1.19
```

SERGEANTS BENEVOLENT ASSOCIATION
HEALTH & WELFARE FUND, individually and on
behalf of itself and all others similarly situated,

        Plaintiff,

v.

ACTAVIS, PLC, and FOREST LABORATORIES, LLC
MERZ PHARMA GMBH & CO., KGAA, MERZ GMBH
& CO., KGAA, MERZ PHARMACEUTICALS GMBH,
AMNEAL PHARMACEUTICALS, LLC, TEVA
PHARMACEUTICALS USA, INC., TEVA
PHARMACEUTICAL INDUSTRIES, LTD., BARR
PHARMACEUTICALS, INC., COBALT
LABORATORIES, INC., UPSHER-SMITH
LABORATORIES, INC., WOCKHARDT LIMITED,
WOCKHARDT USA LLC, SUN PHARMACEUTICALS
INDUSTRIES, LTD., DR. REDDY'S LABORATORIES
LTD., and DR. REDDY'S LABORATORIES INC.,

        Defendants.

C.A. No. 15-cv-6549-CM-RWL

## STIPULATED PROPOSED CASE MANAGEMENT ORDER

**WHEREAS**, the parties have conferred and reached an agreement on a Proposed Case Management Order consistent with Judge Lehrburger's June 27, 2019 Order (ECF No. 271), the Court hereby ORDERS the following timing and sequencing of events:

| Timing | Event |
| --- | --- |
| August 16, 2019 | Parties serve initial disclosures. |
| April 7, 2020 | Last day for parties to serve additional requests for production and interrogatories. |
| April 22, 2020 | Last day for parties to serve requests for admission. |
| May 22, 2020 | Close of fact discovery. |

| Timing | Event |
| --- | --- |
| June 19, 2020 | Plaintiff serves opening expert reports and files motion for class certification.<br><br>For all expert reports, the parties will provide available dates for the deposition of the proposed expert at the time of serving the report. The parties will work to make experts available in advance of the deadline for the opposition or responsive expert report. The parties agree that both sides' experts will be subject to a deposition for each expert report submitted in this case.<br><br>If Plaintiff intends to use any expert report from the DPP action in this case, that DPP expert will be subject to a deposition in this case. |
| August 14, 2020 | Defendants serve opposition expert reports and file oppositions to motion for class certification. |
| September 11, 2020 | Plaintiff serves any reply expert reports and files reply in support of motion for class certification.<br><br>Any expert submitting a second report (a reply) may be subject to a second deposition to occur by the close of expert discovery. The scope of the second deposition will be limited to the expert's reply report. |
| October 9, 2020 | Close of expert discovery. |

SO ORDERED

Dated: August 1, 2019

_____
The Honorable Robert W. Lehrburger
United States Magistrate Judge