**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x

SERGEANTS BENEVOLENT
ASSOCIATION HEALTH & WELFARE
FUND, INDIVIDUALLY AND ON BEHALF
OF ITSELF AND ALL OTHERS
SIMILARLY SITUATED,

                            Plaintiff,

v.                                No. 1:15-cv-06549-CM-RWL

ACTAVIS, PLC and FOREST
LABORATORIES, LLC, MERZ PHARMA
GMBH & CO. KgaA, MERZ GmbH & Co.
KgaA, MERZ PHARMACEUTICALS
GmbH, AMNEAL PHARMACEUTICALS,
LLC, TEVA PHARMACEUTICALS USA,
INC., TEVA PHARMACEUTICAL
INDUSTRIES, LTD., BARR
PHARMACEUTICALS, INC., COBALT
LABORATORIES, INC., UPSHER-SMITH
LABORATORIES, INC., WOCKHARDT
LIMITED, WOCKHARDT USA LLC, SUN
PHARMACEUTICALS INDUSTRIES, LTD.,
DR. REDDY'S LABORATORIES LTD., and
DR. REDDY'S LABORATORIES INC.,

                          Defendants.
---------------------------------------------------------------------x

**END-PAYOR CLASS PLAINTIFF'S MOTION FOR CERTIFICATION OF**
**SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVE AND**
**CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,**
**DEFERRING NOTICE AND STAY OF PROCEEDINGS**

Pursuant to Federal Rule of Civil Procedure 23, the End-Payor Class Plaintiffs ("EPP Class") respectfully move for entry of a Preliminary Approval Order, appended hereto, which provides for:

(a) Certification of a settlement class;

(b) Appointment of the named EPP Class Plaintiff as representatives of the Class;

(c) Appointment as Co-Lead Counsel, the

lawyers whom the Court previously appointed to those interim positions;

(d) Preliminary approval of the proposed Settlement Agreement between the EPP Class and Defendants;

(f) Appointment of A.B. Data, Ltd. to serve as claims administrator and to assist Class Counsel in disseminating Class Notice;

(g) Appointment of Bank Leumi USA as escrow agent and the Escrow Agreement entered into between and among the Settling Parties;

(h) Staying further proceedings against Amneal Pharmaceuticals, LLC, Upsher-Smith Laboratories, LLC, Sun Pharmaceutical Industries, Ltd. (Exhibit 1 attached), Wockhardt Limited and Wockhardt USA LLC (Exhibit 2 attached), except as provided in the Settlement Agreements to implement those agreements

In support of this motion, the EPP Class relies on the accompanying Joint Declaration of Marvin A. Miller and Peter Safirstein and the accompanying Memorandum of Law.

Plaintiff and the EPP Class also attach for the Court's consideration a Proposed Order.

The proposed Settlement Agreements are Exhibits 1 and 2 to the Joint Declaration of Marvin A. Miller and Peter Safirstein.

Dated:  August 16, 2019                    Respectfully submitted,

**Miller Law LLC**

By: s/*Marvin A. Miller*
Marvin A. Miller
Lori A. Fanning
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Email: mmiller@ millerlawllc.com

**Safirstein Metcalf LLP**

By: s/*Peter Safirstein*
Safirstein Metcalf LLP
350 5th Ave,  59th Floor
New York, NY  10118
Email: psafirstein@safirsteinmetcalf.com

*Interim Lead Counsel for Plaintiff Class*