

Peter Safirstein
Direct Dial: 212-201-2845
psafirstein@safirsteinmetcalf.com

October 16, 2019

**VIA ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1960
New York, NY 10007-1312

Re: ***Sergeants Benevolent Assoc. Health & Welfare Fund, et al. v. Actavis, plc, et al.*,
Case No. 1:15-CV-06549-CM-RWL (S.D.N.Y.)**

Dear Judge Lehrburger:

We represent Sergeants Benevolent Association Health & Welfare Fund ("Plaintiff") and write jointly with the Forest and Merz Defendants[1] and the non-settling Generic Manufacturer Defendants[2] regarding the Plaintiff's proposed Second Amended Complaint.

On August 1, 2019, following a July 31 case management conference, the Court ordered (in relevant part):

> "By August 30, 2019, Plaintiffs shall provide Defendants with a proposed amended complaint. The parties will meet and confer to resolve any issues associated with the proposed amended complaint, and raise any disputes with the Court by letter motion."

Pursuant to Your Honor's order/directive on August 1, 2019, Doc. 274, Plaintiff's counsel provided Defendants with a redlined Second Amended Complaint on August 30, 2019. Thereafter, the parties met and conferred in an effort to resolve any issues associated with the proposed amended complaint but were unable to agree upon Plaintiff's amendments.

---

[1] "Forest and Merz Defendants" include Actavis plc, Forest Laboratories, LLC, Merz Pharma GmbH & Co., KGaA, Merz Gmbh & Co., KGaA, and Merz Pharmaceuticals GmbH.

[2] The non-settling generic defendants include Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Barr Pharmaceuticals, Inc., and Cobalt Laboratories, Inc.

_____
**Safirstein Metcalf LLP The Empire State Building, 350 Fifth Ave., 59th Fl., New York, NY 10118**

The parties are in agreement that the disputes cannot be adequately addressed in a letter brief, and therefore request a briefing schedule for Plaintiff's Motion for Leave to Amend. We propose the following dates, or such other dates as may be set by the Court:

Motion to Amend the Complaint: October 25, 2019.

Opposition to Motion to Amend the Complaint: November 22, 2019.

Reply in Support of Motion to Amend the Complaint: December 6, 2019.

Respectfully submitted,

/s/ Peter Safirstein

| | |
|---|---|
| Martin M. Toto | Peter Safirstein |
| Heather K. McDevitt | Elizabeth Metcalf |
| William Bave | **SAFIRSTEIN METCALF LLP** |
| Kristen O'Shaughnessy | The Empire State Building |
| **WHITE & CASE LLP** | 350 Fifth Avenue, Suite 5960 |
| 1221 Avenue of the Americas | New York, New York 10118 |
| New York, NY 10020 | Telephone: (212) 201-2845 |
| Telephone: (212) 819-8200 | PSafirstein@SafirsteinMetcalf.com |
| | EMetcalf@SafirsteinMetcalf.com |

*Counsel for Defendants Actavis plc, Forest Laboratories, LLC, Merz Pharma GmbH & Co., KGaA, Merz Gmbh & Co., KGaA, and Merz Pharmaceuticals GmbH*

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
MMiller@millerlawllc.com
LFanning@millerlawllc.com

Jonathan Berman
Jon Heintz
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 879-1700

*Counsel for Plaintiff*

Eric P. Stephens
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: (202) 326-3916
Fax: (212) 755-7306

*Counsel for Defendants
Dr. Reddy's Laboratories, Ltd. and Dr.
Reddy's Laboratories, Inc.*

_____
**Safirstein Metcalf LLP The Empire State Building, 350 Fifth Ave., 59th Fl., New York, NY 10118**

October 16, 2019
Page 3

Christopher T. Holding
Sarah K. Frederick
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Defendants
Teva Pharmaceuticals USA, Inc., Teva
Pharmaceutical Industries Ltd., Barr
Pharmaceuticals, Inc., and Cobalt
Laboratories, Inc.*


cc: all counsel of record (via ECF)