UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SERGEANTS BENEVOLENT ASSOCIATION
HEALTH & WELFARE FUND, individually and on
behalf of itself and all others similarly situated,

                      Plaintiff,

    -against-                                      15 Civ. 6549 (CM)

ACTAVIS, PLC, and FOREST LABORATORIES,
LLC, MERZ PHARMA GMBH & CO. KGAA, MERZ
GMBH & CO. KGAA, MERZ PHARMACEUTICALS
GMBH, AMNEAL PHARMACEUTICALS, LLC,
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,
BARR PHARMACEUTICALS, INC., COBALT
LABORATORIES, INC., UPSHER-SMITH
LABORATORIES, INC., WOCKHARDT LIMITED,
WOCKHARDT USA LLC, SUN PHARMACEUTICALS
INDUSTRIES, LTD., DR. REDDY'S LABORATORIES
LTD., AND DR. REDDY'S LABORATORIES INC.,

                      Defendants.
---------------------------------------------------------------x

**ORDER**

McMahon, C.J.:

        WHEREAS, Judge Robert Lehrburger, U.S.M.J., entered a briefing schedule for Plaintiff's motion to amend its complaint on October 17, 2019 (Dkt. No. 289);

        WHEREAS, Plaintiff filed its Motion for Leave to File its Second Amended Complaint (Dkt. No. 290; the "Motion") on October 25, 2019;

        WHEREAS, Defendants' opposition to the Motion is due November 22, 2019;

        This Court hereby sets a status conference in this matter for December 6, 2019, at 11:00 a.m., at which it shall rule on the Motion, decide whether they should be any additional discovery (to be completed in a period not exceeding 90 days), set a date for the filing of a final pretrial order, a final pretrial conference, and the trial of the action. The court will not entertain

summary judgment motions as they would be a wasted of time given the denial of motions for summary judgment in the Direct Purchaser case.

Defendants' opposition to the Motion shall be submitted on November 22 as scheduled. The Court does not need a reply, but, if one is to be submitted, it must arrive in chambers no later than December 3, 2019. Judge Lehrburger's order is modified accordingly.

SO ORDERED.

Dated: October 28, 2019

_____
Chief Judge

BY ECF TO ALL PARTIES
BY EMAIL TO JUDGE LEHRBURGER