UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUND, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS, PLC and FOREST LABORATORIES, LLC, MERZ PHARAMA GMBH & CO., KGAA, AMNEAL PHARMACEUTICALS, LLC, TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, INC., BARR PHARMACEUTICALS, INC., COBALT LABORATORIES, INC., UPSHER-SMITH LABORATORIES, INC., WOCKHARDT LIMITED, WOCKHARDT USA LLC, SUN PHARMACEUTICALS INDUSTRIES, LTD., DR. REDDY'S LABORATORIES LTD., and DR. REDDY'S LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-06549-CM<br><br>ECF Case |

**NOTICE OF GENERIC DEFENDANTS' MOTION FOR
RECONSIDERATION OF THE COURT'S *SUA SPONTE*
ORDER BARRING SUMMARY JUDGMENT MOTIONS**

PLEASE TAKE NOTICE that Defendants Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Barr Pharmaceuticals, Inc., and Cobalt Laboratories, Inc. (collectively, the "Generic Defendants"), by their undersigned attorneys, will move before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 17C, New York, New York 10007, at a date and time to be determined by the Court, pursuant to Federal Rule of Civil Procedure 59(e), Local Civil Rule 6.3, and this Court's Individual

Practice and Procedure V.F.5, for reconsideration of the Court's October 28 *sua sponte* Order barring summary judgment motions.

Pursuant to this Court's Individual Practice and Procedure V.F.5, the Court will determine whether a response is required.

| | |
|---|---|
| Dated: November 4, 2019 | Respectfully submitted, |
| /s/ Eric P. Stephens | /s/ Sarah K. Frederick (on consent)[1] |
| Jonathan Berman<br>Jon Heintz<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 879-1700 | Christopher T. Holding<br>Sarah K. Frederick<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231 |
| Eric P. Stephens<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (202) 326-3916<br>Fax: (212) 755-7306 | *Counsel for Defendants*<br>*Teva Pharmaceuticals USA, Inc.,*<br>*Teva Pharmaceutical Industries Ltd.,*<br>*Barr Pharmaceuticals, Inc., and*<br>*Cobalt Laboratories, Inc.* |
| *Counsel for Defendants*<br>*Dr. Reddy's Laboratories, Ltd. and*<br>*Dr. Reddy's Laboratories, Inc.* | |

---

[1] Electronic signature provided with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.