IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA INDIRECT PURCHASER LITIGATION<br><br>[MSP Action] | Case No.: 15-CIV-6549 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-19

### [PROPOSED] ORDER

**WHEREAS**, on December 10, 2019, the Court issued an order that "Plaintiff in the SBF Action shall share all prior discovery collected in connection with this case and the Direct Purchaser Action with the MSP Plaintiffs." ECF No. 314 ¶ 7.

**WHEREAS**, binding Plaintiffs MSP Recovery Claims, Series LLC and MSPA Claims 1, LLC to the Protective Order governing this litigation (ECF No. 143) would facilitate the production to them of Highly Confidential and Confidential material.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Plaintiffs MSP Recovery Claims, Series LLC and MSPA Claims 1, LLC are deemed party to, and bound by, the Protective Order governing this litigation.

**IT IS SO ORDERED.**

Dated: 12/18_____, 2019

_____
Hon. Robert W. Lehrburger

Dated: December 17, 2019

Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York