# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Devora W. Allon
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 27, 2019

**VIA ECF**

Honorable Colleen McMahon
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *In re Namenda Indirect Purchaser Antitrust Litigation*,
Case No. 15-cv-06549

Dear Judge McMahon:

I write on behalf of Defendants Amneal Pharmaceuticals LLC, Upsher-Smith Laboratories, Inc., Sun Pharmaceutical Industries, Ltd., Wockhardt Limited, and Wockhardt USA LLC (the "Settling Defendants") regarding the Second Amended Complaint that was filed by Plaintiff Sergeants Benevolent Association Health and Welfare Fund on December 17, 2019 (the "Second Amended Complaint") (ECF No. 326).

Plaintiff and the Settling Defendants understand the Court's September 10, 2019 order preliminarily approving Plaintiff's settlement agreements with the Settling Defendants (ECF No. 284) to have stayed "all litigation activity" on behalf of the proposed EPP class against those defendants unless and until the Court orders otherwise. Consistent with this Order, the parties have agreed that there is currently no deadline for the Settling Defendants to respond to the Second Amended Complaint.

The parties are available to address any questions the Court may have concerning the above.

KIRKLAND & ELLIS LLP

Honorable Colleen McMahon
December 27, 2019
Page 2

                                              Respectfully submitted,

| /s/ *Damon W. Suden*[1] | /s/ *Devora W. Allon* |
|---|---|
| Damon William Suden | Jay P. Lefkowitz, P.C. |
| David M. Reap | Devora W. Allon |
| KELLEY DRYE & WARREN LLP | Kyla A. Jackson |
| 101 Park Avenue | KIRKLAND & ELLIS LLP |
| New York, NY 10178 | 601 Lexington Avenue |
| Telephone: (212) 808-7771 | New York, NY 10022 |
| Facsimile: (212) 808-7897 | Telephone: (212) 446-6456 |
| | Facsimile: (212) 446-4900 |
| *Counsel for Defendants Wockhardt Limited and Wockhardt USA LLC* | *Counsel for Defendants Amneal Pharmaceuticals LLC, Upsher-Smith Laboratories, Inc., and Sun Pharmaceutical Industries Ltd.* |

cc:      All counsel of record (via ECF)

---

[1] Electronic signatures provided with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.