```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED  1/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SERGEANTS BENEVOLENT ASSOCIATION :
HEALTH & WELFARE FUND, ET. Al.,  :       15-cv-6549 (CM) (RWL)
                                 :
                  Plaintiff,     :       **ORDER**
                                 :
        - against -              :
                                 :
ACTAVIS, PLC, ET AL.,            :
                                 :
                  Defendants.    :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This resolves Defendants' request to compel and for sanctions in regard to non-party True Health Benefits (THB), represented by Plaintiff's counsel (Dkt. 355).

1. No later than January 27, 2020, THB shall complete document production and certify that it has done so.

2. THB shall make its witness available for deposition no later than January 31, 2020.

3. The Court finds THB's conduct to be far from diligent but denies the request for a finding of contempt and for sanctions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   January 20, 2020
         New York, New York

Copies transmitted to all counsel of record via ECF.