```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE NAMENDA INDIRECT PURCHASER      :        15 Civ. 06549 (CM) (RWL)
ANTITRUST LITIGATION                  :
                                      :        ORDER
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the discovery conference held on June 23, 2020,

1. Plaintiff's request (Dkt. 417) to take a 30(b)(6) deposition concerning the Lexapro amendment financial analyses is granted. The deposition shall be limited to a half day of 3.5 on-the-record hours.

2. Plaintiff's request (Dkt. 417) for "technical" information concerning rebates is denied.

3. With respect to Plaintiff's requests for admission to Forest, (a) Forest shall revise its answers to "group 1" RFAs (i.e., those identified in fn 5 of Dkt. 423 as allegedly "improperly evasive") to give complete substantive answers; (b) Forest shall revise its answers to "group 2" RFAs (i.e., those identified in fn 6 of Dkt. 423 as improperly qualified by lack of knowledge "at present") to remove the "at present" qualification; Forest may add a general qualification that it reserves the right to amend its answers up to 30 days following the end of discovery based on new information; and (c) the parties shall meet and confer to resolve concerns about "group 3" RFAs (i.e., those identified in fn 7 of Dkt. 423 as not having been substantively answered at all).

This order resolves the letter motions at Dkt. 417 and 423.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 23, 2020
         New York, New York

Copies transmitted to all counsel of record.