USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE NAMENDA INDIRECT PURCHASER      :       15 Civ. 06549 (CM) (RWL)
ANTITRUST LITIGATION                              :
                                                                      :       **ORDER**
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the parties' correspondence regarding depositions of Plainitffs' four merits experts. (*See* Dkt. 452, 453.) The Court previously directed that experts shall be deposed once, not twice. Accordingly, even though Plaintiffs must apply for leave to serve rebuttal experts, depositions of their four merits experts must await service of rebuttal reports, if any, from them. Alternatively, Defendants may take earlier depositions of any of the four merits experts but forego opportunity for additional deposition of that already-deposed expert in the event Plaintiffs are granted leave to serve rebuttal from that expert.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     July 20, 2020
              New York, New York

Copies transmitted to all counsel of record.