UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION <br><br> SBF Action | ) <br> ) <br> ) <br> ) No.: 1:15-cv-06549-CM-RWL <br> ) <br> ) <br> ) <br> ) |

**END-PAYOR CLASS PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH
TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES
LTD., BARR PHARMACEUTICALS, INC. (n/k/a Barr Pharmaceuticals, LLC) AND
COBALT LABORATORIES, INC. (n/k/a Cobalt Laboratories, LLC);
CERTIFICATION OF SETTLEMENT CLASS; APPOINTMENT OF CLASS
REPRESENTATIVES AND CLASS COUNSEL;
<u>DEFERRAL OF NOTICE TO THE CLASS; AND STAY OF PROCEEDINGS</u>**

Pursuant to Federal Rule of Civil Procedure 23, the End-Payor Class Plaintiff ("EPP Class") respectfully moves for entry of a Preliminary Approval Order, appended hereto, which provides for:

(a) Certification of a settlement class;

(b) Appointment of the named EPP Class Plaintiff as representative of the Class;

(c) Appointment as Co-Lead Counsel, the lawyers whom the Court previously appointed to those interim positions;

(d) Preliminary approval of the proposed Settlement Agreement between the EPP Class and Teva Defendants;

(e) deferring notice to the Class;

(f) Appointment of A.B. Data, Ltd. to serve as claims administrator and to assist Class Counsel in disseminating Class Notice;

(g) Appointment of Bank Leumi USA as escrow agent and the Escrow Agreement entered into between and among the Settling Parties;

(h) Staying further proceedings against Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Barr Pharmaceuticals, Inc. (n/k/a Barr Pharmaceuticals, LLC), Cobalt Laboratories, Inc. (n/k/a Cobalt Laboratories, LLC), except as provided in the Settlement Agreement to implement the agreement.

In support of this motion, the EPP Class relies on the accompanying Joint Declaration of Marvin A. Miller and Peter Safirstein and the accompanying Memorandum of Law.

Plaintiff and the EPP Class also attach for the Court's consideration a Proposed Order.

The proposed Settlement Agreement is attached as Exhibit 1 to the Joint Declaration of Marvin A. Miller and Peter Safirstein.

Dated: August 28, 2020

Respectfully submitted,

**Safirstein Metcalf LLP**

By: s/*Peter Safirstein*
Peter Safirstein
Elizabeth Metcalf
350 5th Ave, 59th Floor
New York, NY 10118
Telephone: (212) 201-2845
Email: psafirstein@safirsteinmetcalf.com
Email: emetcalf@safirsteinmetcalf.com

**Miller Law LLC**

By: s/*Marvin A. Miller*
Marvin A. Miller
Lori A. Fanning
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Email: mmiller@ millerlawllc.com
Email: LFanning@millerlawllc.com

*Co-Lead Counsel for End-Payor Plaintiff and the EPP Class*

Lloyd Constantine
Ankur Kapoor
Ethan E. Litwin
**Constantine Cannon LLP**
335 Madison Avenue
New York, New York 10017
Telephone: (212) 350-2700
lconstantine@constantinecannon.com
akapoor@constantinecannon.com
elitwin@constantinecannon.com

*Counsel for Plaintiff*