```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE NAMENDA INDIRECT PURCHASER       :         15-CV-6549 (CM) (RWL)
ANTITRUST LITIGATION                             :
                                                 :         **ORDER**
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having reviewed the parties' correspondence, including Defendants' reply (Dkt. 533), Defendants' letter motion to compel Plaintiff to produce discovery regarding certain "expert reliance materials" (Dkt. 529) is denied for substantially the reasons set forth in Plaintiff's October 30, 2020 letter (Dkt. 532).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2020
       New York, New York

Copies transmitted this date to all counsel of record.