UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE NAMENDA INDIRECT PURCHASER    :    15-CV-6549 (CM) (RWL)
ANTITRUST LITIGATION                              :
                                                                         :    **ORDER TO STRIKE**
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court respectfully directs the Clerk of Court to strike Dkt. 607-8 from the docket but retain the summary docket text for the record.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2021