**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION** | **Case No. 1:15-CV-06549-CM-RWL** |

**PLAINTIFF CLASS' MOTION *IN LIMINE* NO. 11**
**TO PRECLUDE THE USE OF THE DRL DEAL MEMO**

**PLEASE TAKE NOTICE** that the Plaintiff Class respectfully moves this Court *in limine* to preclude Defendants, and their experts, from using the DRL Deal Memo as evidence at trial. The motion is brought pursuant to Federal Rules of Evidence 402 and 403. It is based upon this Notice of Motion, the accompanying Memorandum of Law, and the accompanying Declaration of Ankur Kapoor along with exhibits attached thereto.

Dated: October 29, 2021

Respectfully submitted:

*/s/ Marvin A. Miller*
Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com
mvantine@millerlawllc.com

Peter Safirstein
Elizabeth Metcalf
**SAFIRSTEIN METCALF LLP**
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105
Tel: (212) 201-2845
psafirstein@safirsteinmetcalf.com
emetcalf@safirsteinmetcalf.com

***Co-Lead Counsel for the Plaintiff and the Plaintiff Class***

Lloyd Constantine
Ankur Kapoor
Ethan E. Litwin
**CONSTANTINE CANNON LLP**
335 Madison Avenue
New York, NY 10017
Tel: (212) 350-2700
lconstantine@constantinecannon.com
akapoor@constantinecannon.com
elitwin@constantinecannon.com

*Counsel for Plaintiff and the Plaintiff Class*