UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION | Case No. 1:15-CV-06549-CM-RWL |

**PLAINTIFF CLASS' NOTICE OF MOTION AND MOTION *IN LIMINE*
NO. 14 TO EXCLUDE MENTION OF DOUBLE AND TREBLE DAMAGES, ATTORNEYS
FEES, OR COSTS**

**PLEASE TAKE NOTICE** that the Plaintiff Class respectfully moves this Court *in limine* to bar any mention of the Plaintiff Class' right to recover double or treble damages, attorneys' fees, or costs in the event of a judgment in their favor. The motion is brought pursuant to the Federal Rules of Evidence. It is based upon this Notice of Motion and the accompanying Memorandum of Law in Support of the Plaintiff Class' Motion *in Limine* No. 14 To Exclude Mention Of Double And Treble Damages, Attorneys Fees, Or Costs.

Dated: October 29, 2021

Respectfully submitted:

*/s/ Marvin A. Miller*
Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com
mvantine@millerlawllc.com

Peter Safirstein
Elizabeth Metcalf
**SAFIRSTEIN METCALF LLP**
1345 Avenue of the Americas, 2nd Floor
New York, NY 10105
Tel: (212) 201-2845
psafirstein@safirsteinmetcalf.com
emetcalf@safirsteinmetcalf.com

*Co-Lead Counsel for the Plaintiff and the Plaintiff Class*

Lloyd Constantine
Ankur Kapoor
Ethan E. Litwin
**CONSTANTINE CANNON LLP**
335 Madison Avenue
New York, NY 10017
Tel: (212) 350-2700
lconstantine@constantinecannon.com
akapoor@constantinecannon.com
elitwin@constantinecannon.com

*Counsel for Plaintiff and the Plaintiff Class*

2