UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION**<br><br>[SBF Action] | C.A. No. 1:15-cv-6549-CM-RWL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT M. Sean Royall should be removed from the Court's service list with respect to the above referenced action. Kirkland & Ellis LLP continues to serve as counsel for Defendants Forest Laboratories LLC and Actavis plc through its attorneys: i) James Francis Hurst, ii) Amanda Hollis, iii) Tasha Francis Gerasimow, and iv) Olivia Arden Adendorff and all future correspondence and papers in this action should continue to be directed to them.

| | |
|---|---|
| Dated: February 17, 2022<br>New York, New York | Respectfully submitted,<br><br>*/s/ Olivia Arden Adendorff*<br>James Francis Hurst (*admitted pro hac vice*)<br>Amanda Hollis *(admitted pro hac vice)*<br>Tasha Francis Gerasimow *(admitted pro hac vice)*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br>james.hurst@kirkland.com<br>amanda.hollis@kirkland.com<br>tasha.gerasimow@kirkland.com<br><br>Olivia Arden Adendorff *(admitted pro hac vice)*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>1601 Elm Street<br>Dallas, Texas 75201<br>Telephone:   (214) 972-1759<br>Facsimile:   (214) 972-1771<br>olivia.adendorff@kirkland.com |