# MILLER LAW LLC

115 South LaSalle Street    Suite 2910    Chicago, Illinois 60603

Tel: 312.332.3400    Telecopier: 312.676.2676

Marvin A. Miller
mmiller@millerlawllc.com
(also admitted in New York)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2022

March 7, 2022

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

In re: Namenda Indirect Purchaser Antitrust Litigation,
C.A. 15-cv-06549-CL-RHL

Dear Judge McMahon,

I write on behalf of Plaintiff and Class counsel to request that the Court set a trial date for this matter.

On December 20, 2021, by Memo Endorsement you indicated "[w]e did not get assigned a trial date for the first quarter, 2022. ECF 837. As we have recently informed the Court in the Settlement Status Report (ECF: 841), there is agreement to mediate this case before Judge Faith Hochberg (retired) on March 29, 2022. Because of her schedule, we will mediate for one day. While we remain cautiously optimistic that there might be resolution, we are also clear eyed that often mediations are unsuccessful or are extended. We are also of the belief that the mediation process would be assisted by the setting of a firm trial date. In order to arrange schedules for all counsel, experts, and other witnesses in the event that mediation is not successful on March 29th, we request an order for trial to commence on a date certain during September 2022.

Respectfully submitted,

*Marvin A. Miller*

Marvin A. Miller
And on behalf of Plaintiff and Class' Counsel

MAM:at
cc: Counsel of Record by ECF

*[Handwritten memo endorsement by Judge McMahon:]*

MEMO ENDORSED

3/10/2022 I cannot give you a date certain for trial in September, because the court has not yet returned to consent to allowing judges who is handling [illegible] to date certain — any not certain in [illegible]

Rest assured you will get one — just get behind my criminal trials.

I intend to put in for a trial in Q4 if we don't get September, no doubt I am able to assign dates certain

*[Signature: Colleen McMahon]*