UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEANTS BENEVOLENT
ASSOCIATION HEALTH & WELFARE
FUND, et al.,

Plaintiffs,

v.

ACTAVIS, PLC, et al.,

Defendants.

Case No. 15-cv-6549 (CM)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

MEMO ENDORSED

## MOTION OF ALLIE STRANG FOR LEAVE TO WITHDRAW

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Allie Strang, hereby move this Court for leave to withdraw as counsel for Defendants Amneal Pharmaceuticals LLC ("Amneal"), Sun Pharmaceutical Industries, Ltd. ("Sun"), and Upsher-Smith Laboratories, Inc. ("Upsher") in the above-captioned action. Withdrawal is necessary because I am departing the law firm of Kirkland & Ellis LLP as of May 6, 2022. In connection with the withdrawal, the clerk is requested to remove the name of the undersigned from the CM/ECF service list for this matter.

The law firm of Kirkland & Ellis LLP will continue to serve as counsel for Defendants Amneal, Sun, and Upsher in the above-captioned action. The Court has preliminarily approved settlements between Plaintiff and Defendants Amneal, Sun, and Upsher. The case has been scheduled to be tried during the fourth quarter of 2022.

5/10/22 Granted. Remove her name from ECF L.S.

Colleen McMahon

My withdrawal will not occasion a request for an extension of any deadlines in the case. I am not asserting a retaining or charging lien in connection with my departure. Pursuant to Local Rule 1.4, a copy of this motion will be transmitted to Defendants Amneal, Sun, and Upsher.

New York, New York
Dated: May 4, 2022

Respectfully submitted,

_s/ Allie Strang_
Allie Strang
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
(212)-446-6456
allie.strang@kirkland.com

*Counsel for Defendants Amneal, Sun, and Upsher*

2