**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325



CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

TO ALL COUNSEL IN:   IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION

(15 Civ. 6549) (CM)

FROM:   Judge McMahon

RE:   New Trial date

DATE:   May 10, 2022

---

Counsel:

A criminal trial that was set for October 11, 2022 is no longer going forward on that date. As a result, the above-captioned case is being moved up on the court's calendar, from November 30th to October 12. Jury selection will be held on that date. The final pretrial conference is rescheduled for Thursday, September 22 at 10 AM.