# SAFIRSTEIN LAW LLC

Peter Safirstein
Direct Dial: 917-952-9458
PSafirstein@Safirsteinlaw.com

May 10, 2022

<u>**VIA ECF**</u>

The Honorable Colleen McMahon, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

          Re:    *In re Namenda Indirect Purchaser Antitrust Litigation*
                   No. 1:15-cv-06549-CM-RWL

Dear Judge McMahon:

      I write as Court appointed lead counsel in the above referenced matter. This afternoon, Your Honor moved the trial date from November 30, 2022 to October 12, 2022. I write to request that the trial date either remain set for November 30th or be moved to a different date.

      I am requesting the change in trial date because my daughter's wedding is on October 15, 2022 in upstate New York. Family members will be arriving from overseas in advance of the wedding and my presence will be required throughout the week.

      I would appreciate any consideration you could give to my request.

      Thank you in advance.

                                                    Respectfully submitted,

                                                    Peter Safirstein