UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>[SBF Action] | C.A. No. 15-cv-6549-CM-RWL |

### DEFENDANTS' NOTICE OF MOTION AND MOTION SEEKING CLARIFICATION OF THE COURT'S DECISION AND ORDER GRANTING IN PART DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF SUSAN MARCHETTI

**PLEASE TAKE NOTICE** that Defendants Forest Laboratories, LLC, Actavis plc, Merz GmbH & Co KGaA, Merz Pharmaceuticals GmbH, and Merz Pharma GmbH & Co. KGaA respectfully move this Court for an order clarifying that the Court's Decision and Order Granting in Part Defendants' *Daubert* Motion to Exclude the Testimony of Susan Marchetti. Specifically, Defendants seek clarification that the Court's February 2021 *Daubert* Ruling does not mean Dr. William Vogt can rely on Ms. Marchetti's later excluded opinion. Defendants seek further clarification that Dr. Vogt's November 2012 entry-date opinions are excluded because they rely on the excluded opinions of Ms. Marchetti. This motion is brought pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence. It is based upon this Notice of Motion, the accompanying Memorandum of Law in Support of Defendants' Motion Seeking Clarification of the Decision and Order Granting in Part Defendants' *Daubert* Motion to Exclude the Testimony of Susan Marchetti, authorities that may be presented at or before any hearing on this motion, and such other and further matters as this Court may consider.

Date: June 30, 2022
New York, New York

*/s/ James F. Hurst*
James Francis Hurst
Amanda Hollis
**KIRKLAND & ELLIS LLP**
300 North LaSalle

Chicago, IL 606054
Tel: (312) 862-2000
james.hurst@kirkland.com
amanda.hollis@kirkland.com

Olivia Adendorff
**KIRKLAND & ELLIS LLP**
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 972-1759
olivia.adendorff@kirkland.com

Candice A. Andalia
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 879-5000
candice.andalia@kirkland.com

*Counsel for Defendants Forest Laboratories, LLC, Actavis plc*

*/s/ Martin M. Toto*
Martin M. Toto
John H. Chung
Kristen O'Shaughnessy
William H. Bave, III
Kevin C. Adam
**WHITE & CASE LLP**
1221 Ave of the Americas
New York, NY 10020
Tel: (212) 819-8200
mtoto@whitecase.com
jchung@whitecase.com
kristen.oshaughnessy@whitecase.com
william.bave@whitecase.com
kevin.adam@whitecase.com

*Counsel for Defendants Forest Laboratories, LLC, Actavis plc, Merz GmbH & Co KGaA, Merz Pharmaceuticals GmbH, and Merz Pharma GmbH & Co. KGaA*

*/s/ John Roberti*
M. Elaine Johnston
**ALLEN & OVERY LLP**

2

1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
elaine.johnston@allenovery.com

John Roberti
**ALLEN & OVERY LLP**
1101 New York Avenue, NW
Washington, DC 20005
Tel: (202) 683-3862
john.roberti@allenovery.com

*Counsel for Defendants Merz GmbH & Co KGaA, Merz Pharmaceuticals GmbH, and Merz Pharma GmbH & Co. KGaA*

3