# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Amanda Hollis, P.C.
To Call Writer Directly:
+1 312 862 2011
amanda.hollis@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

July 5, 2022

**BY ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re: Namenda Indirect Purchaser Antitrust Litigation*,
      Case No. 1:15 cv 6549-CL-RHL

Dear Judge McMahon:

I write on behalf of the Defendants to respond to Plaintiff's letter today requesting a conference about trial time limits. Defendants do not oppose Plaintiff's request for a conference. To the extent the Court is considering limiting trial time to less than 30 hours per side, or giving the Plaintiff more time for closing arguments than the Defendants, as Plaintiffs propose, Defendants respectfully request an opportunity to first be heard on at least those particular issues.

Sincerely,

Amanda Hollis

Amanda Hollis, P.C.

cc:    Counsel of Record (via ECF)