UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>) | No.: 1:15-cv-06549-CM-RWL |
| SBF Action )<br>)<br>) | |

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

Marvin A. Miller

__X__ I am an Attorney

____ A Government Agency Attorney

____ A Pro Hac Vice attorney

FIRM INFORMATION

FIRM OLD ADDRESS:    Miller Law LLC
115 S. LaSalle Street, Suite 2900
Chicago, IL  60603
Tel: (312) 332-3400

FIRM NEW ADDRESS:    Miller Law LLC
145 S. Wells Street, 18th Floor
Chicago, IL  60606
Tel: (312) 332-3400

 I will continue to be counsel of record on the above-entitled case.

Dated:  July 6, 2022                    /s/*Marvin A. Miller*