UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE NAMENDA INDIRECT PURCHASER
ANTITRUST LITIGATION

No. 1:15-cv-6549 (CM) (RWL)

**ORDER**

McMahon, J:

In working my way through the in limine motions I see that the parties (or at least Defendants) are under the impression that my decision to bifurcate the issues of liability and damages applied only in the DPP case. It does not. There is just as much reason (perhaps more) to bifurcate the issues of liability and damages at the IPP trial, and we will do so. I am not aware of having said anything specific to the contrary, but if I did, I take it back. I have reached the conclusion that there is simply no other way to try this case if it is to be tried to a jury.

Dated: August 2 , 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL