UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION | No. 1:15-cv-6549 (CM) (RWL) |

**NOTICE**

McMahon, J.:

     A notice that a case conference in the above-captioned matter will be held before Judge Colleen McMahon on August 25, 2022, at **10:30 AM** via Microsoft Teams. All counsel of record will receive a meeting invitation via email with information for joining the remote conference.

Dated: August 16, 2022

                                                                   U.S.D.J.

BY ECF TO ALL COUNSEL