# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Gabor Balassa, P.C.<br>To Call Writer Directly:<br>+1 312 862 2186<br>gabor.balassa@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br>+1 312 862 2000<br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2022

September 28, 2022

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 24A
New York, New York 10007

Re:   *In re Namenda Indirect Purchaser Antitrust Litigation (SBF Action)*,
      Case No. 15-cv-06549-CM-RWL

Dear Judge McMahon:

We write jointly on behalf of Plaintiffs and Defendants in connection with the above-referenced action to provide the Court with an update regarding the parties' efforts to resolve outstanding exhibit-related disputes following the final pre-trial conference held on September 22, 2022. Over the course of the past week, the parties have reached agreement with respect to all exhibit-related disputes. Accordingly, with the exception noted below, there are no objections to the documents remaining on either Plaintiffs' or Defendants' revised exhibit lists, which are attached hereto as Exhibit A and Exhibit B, respectively. The parties thus respectfully request that the Court admit all documents (excluding exhibits DX-0031 and -0047 and those marked reserved) contained in Exhibits A and B to the extent such documents were not previously admitted during the final pre-trial conference.[1] Pursuant to the Court's ruling at the Final Pre-Trial Conference, Plaintiffs will seek the Court's permission to admit the exhibits marked reserved at trial. *See* FPTC at 41-42. For the Court's convenience, exhibits in Plaintiff's exhibit

*Handwritten annotation:*
9/28/2022
Bravo! I would have liked to discuss the Dr. Vogt motion at tomorrow's conference because, frankly, I have questions — perhaps fewer than I originally had, but questions nonetheless. Could a small group of you set here Monday, 10 am, for something like oral argument (which will be more a Q+A session).
CM

MEMO ENDORSED

---

[1] Please note that Defendants have maintained on their exhibit list exhibits DX-0031 and -0047, which are the DRL Deal Memos that the Court previously excluded in its ruling on Plaintiff's Eleventh Motion *in Limine*, and for which Plaintiff maintains its objections. *See* ECF No. 890 at 6-9. Recognizing that the Court has previously ruled to exclude these documents, Defendants maintain them on their exhibit list solely for record purposes.

Austin   Bay Area   Beijing   Boston   Brussels   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   New York   Paris   Salt Lake City   Shanghai   Washington, D.C.

The Honorable Colleen McMahon
September 28, 2022
Page 2

list which were not previously admitted (and which are not marked reserved) are highlighted in yellow in the attached Exhibit A.[2]

Moreover, the parties have agreed to include an additional document on the parties' joint exhibit list as JX-127 (FRE 1006-Proposed and Adopted Claim Constructions). The parties' revised joint exhibit list is attached hereto as Exhibit C. As the Court admitted JX-1 through JX-126 during the final pre-trial conference, *see* Final Pretrial Conference Tr. at 59:10-11, the parties respectfully request that the Court admit JX-127 as well.

Separately, pursuant to the Court's guidance during the final pre-trial conference, the parties are conferring with respect to a stipulation to be read to the jury explaining the outcome of the *Markman* rulings in the Namenda patent litigation. *See* Final Pre-Trial Conference Tr. at 65:3-10. While the parties have not yet agreed to the final language for the stipulation, they are endeavoring to reach an agreement by stipulation as the Court's guidance suggested.

Date: September 28, 2022

Respectfully submitted,

/s/ *Marvin A. Miller*
Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
145 S. Wells St.
Suite 1800
Chicago, IL 60606
Tel: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

/s/ *Peter G.A. Safirstein*
Peter G. A. Safirstein
**SAFIRSTEIN LAW LLC**
45 N. Broad Street, Suite 100
Ridgewood, NJ 07450
Tel: (917) 952-9458
psafirstein@safirsteinlaw.com

***Co- Lead Counsel for the Plaintiff Class***

Ankur Kapoor

/s/ *James Francis Hurst*
James Francis Hurst
Gabor Balassa
Amanda Hollis
Kevin M. Jonke
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 606054
Tel: (312) 862-2000
james.hurst@kirkland.com
gabor.balassa@kirkland.com
amanda.hollis@kirkland.com
kevin.jonke@kirkland.com

Olivia Adendorff
Rachael A. Rezabek
**KIRKLAND & ELLIS LLP**
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 972-1759
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

---

[2] None of Defendants' exhibits have previously been admitted; Defendants thus respectfully request admission of all exhibits in Exhibit B.

Lloyd Constantine
Ethan E. Litwin
Hamsa Mahendranathan
Margaux Poueymirou
**CONSTANTINE CANNON LLP**
335 Madison Avenue, 9th Floor
New York, NY 10017
Tel: (212) 350-2700
lconstantine@constantinecannon.com
akapoor@constantinecannon.com
elitwin@constantinecannon.com
hmahendranathan@constantinecannon.com
mpoueymirou@constantinecannon.com

*Counsel for the Plaintiff Class*

/s/ John Roberti
John Roberti
Melissa Maxman
David Lisner
**COHEN & GRESSER LLP**
2001 Pennsylvania Ave NW Suite 300
Washington, DC 20006
Tel: (202) 851-2070
jroberti@cohengresser.com
mmaxman@cohengresser.com
dlisner@cohengresser.com
M. Elaine Johnston
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
elaine.johnston@allenovery.com

*Counsel for Defendants Merz GmbH & Co KGaA, Merz Pharmaceuticals GmbH, and Merz Pharma GmbH & Co. KGaA*

Erin Johnston
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 879-5000
erin.johnston@kirkland.com

*Counsel for Defendants Forest Laboratories, LLC, Actavis plc*

/s/ Martin M. Toto
Martin M. Toto
John H. Chung
Kristen O'Shaughnessy
William H. Bave, III
Kevin C. Adam
**WHITE & CASE LLP**
1221 Ave of the Americas
New York, NY 10020
Tel: (212) 819-8200
mtoto@whitecase.com
jchung@whitecase.com
kristen.oshaughnessy@whitecase.com
william.bave@whitecase.com
kevin.adam@whitecase.com

*Counsel for Defendants Forest Laboratories, LLC, Actavis plc, Merz GmbH & Co KGaA, Merz Pharmaceuticals GmbH, and Merz Pharma GmbH & Co. KGaA*