UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION | No. 1:15-cv-6549 (CM) (RWL) |

**NOTICE**

McMahon, J.:

    A notice that the proceeding in the above-captioned matter currently scheduled for 12:00PM on Monday, October 3, 2022 before Judge Colleen McMahon will instead commence at **2:00 PM** on Monday, October 3, 2022. The conference will be held in person at 500 Pearl Street, New York, NY 10007, in Courtroom 24A.

Dated: September 30, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL