UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE NAMENDA INDIRECT PURCHASER
ANTITRUST LITIGATION

No. 1:15-cv-6549 (CM) (RWL)

**NOTICE**

McMahon, J:

A notice that the proceeding previously scheduled in the above-captioned matter has been adjourned sine die.

SO ORDERED:

United States District Judge

Dated:  October 6, 2022
New York, New York