UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022

IN RE NAMENDA INDIRECT PURCHASER
ANTITRUST LITIGATION

[SBF Action]

Case No. 15-cv-06549-CM-RWL

**JOINT STIPULATION EXTENDING DEADLINE TO FILE THE SETTLEMENT AGREEMENT AND MOTION FOR PRELIMINARY APPROVAL**

Whereas, Plaintiff and the Class and Defendants submit this Stipulation Extending Deadline to File the Settlement Agreement and Motion for Preliminary Approval and agree, subject to approval of the Court and state:

Whereas, this matter was scheduled to commence a jury trial on October 19, 2022; and

Whereas, on October 4, 2022, the parties informed the Court that they reached an agreement in principle to resolve the asserted claims;

Whereas, on October 11, 2022, the Court ordered, pursuant to the parties' stipulation, (1) the commencement of the trial stayed; (2) that the parties' deadline for filing the Settlement Agreement and motion for preliminary approval and supporting papers would be November 1, 2022;

Whereas, on October 31, 2022, the Court ordered, pursuant to the parties' stipulation, that the deadline for filing the Settlement Agreement and motion for preliminary approval and supporting papers would be extended to November 8, 2022;

Whereas, the parties have made further progress in drafting and finalizing the Settlement Agreement and motion for preliminary approval, but are still negotiating the resolution of a few outstanding issues that are unlikely to be resolved by the current November 8, 2022 deadline.

The parties therefore agree to extend the deadline to submit the Settlement Agreement and motion for preliminary approval from November 8, 2022 to November 11, 2022.

SO ORDERED.

Dated: 7 November 2022

United States District Judge

So stipulated and agreed to by the parties November 7, 2022.

Respectfully submitted,

/s/ Marvin A. Miller
Marvin A. Miller
Kathleen E. Boychuck
**MILLER LAW LLC**
145 South Wells Street
Suite 1800
Chicago, IL 60606
Tel: (312) 332-3400
mmiller@millerlawllc.com
kboychuck@millerlawllc.com

*Counsel for Plaintiff Sergeants Benevolent Association Health & Welfare Fund*

/s/ John Roberti
John Roberti
Melissa Maxman
David Lisner
**COHEN & GRESSER LLP**
2001 Pennsylvania Ave NW
Suite 300
Washington, DC 20006
Tel: (202) 851-2070
jroberti@cohengresser.com
mmaxman@cohengresser.com
dlisner@cohengresser.com

/s/ James Hurst
James Francis Hurst
Gabor Balassa
Amanda Hollis
Kevin M. Jonke
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 606054
Tel: (312) 862-2000
james.hurst@kirkland.com
gabor.balassa@kirkland.com
amanda.hollis@kirkland.com
kevin.jonke@kirkland.com

2

M. Elaine Johnston
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
elaine.johnston@allenovery.com

*Counsel for Defendants Merz GmbH & Co KGaA, Merz Pharmaceuticals GmbH, and Merz Pharma GmbH & Co. KGaA*

Olivia Adendorff
Rachael A. Rezabek
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, Texas 75205
Tel: (214) 972-1759
olivia.adendorff@kirkland.com
rachael.rezabek@kirkland.com

Erin Johnston
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 879-5000
erin.johnston@kirkland.com

*Counsel for Defendants Forest Laboratories, LLC and Actavis plc*