UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE NAMENDA INDIRECT PURCHASER ANTITRUST LITIGATION** | Case No. 1:15-cv-6549-CM-RWL |

**NOTICE OF PLAINTIFF'S MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE THAT, Sergeants Benevolent Association Health & Welfare Fund, the Class Representative, on behalf of itself and all others similarly situated, respectfully moves this Court at such date and time as may be designated by the Honorable Colleen McMahon, Courtroom 24A of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, NY 10007, for entry of an Order preliminarily approving the proposed Settlement, Plan of Allocation, and proposed form and manner of notice, and scheduling a Settlement Hearing.  In support of that Motion, Plaintiff submits the following additional documents:  the accompanying Memorandum of Law in Support of Motion for Preliminary Approval of Settlement, the Declaration of Marvin A. Miller in support of the Motion for Preliminary Approval of Settlement, and the following exhibits to the Declaration of Marvin A. Miller: Exhibit 1: the executed Settlement Agreement dated November 11, 2022; Exhibit A to the Settlement Agreement is the Proposed Order Preliminarily Approving Settlement And Providing For Notice Of Settlements; Exhibit B to the Settlement Agreement is the Plan of Allocation; and Exhibit C to the Settlement Agreement is the Final Judgment and Order of Dismissal; Exhibit 2: Third-Party Payor Claim Form; Exhibit 3: Consumer Claim Form; and Exhibit 4: Declaration of Elaine Pang with Notice Plan.

Dated:  November 11, 2022

Respectfully submitted,

*/s/ Marvin A. Miller*
Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
145 South Wells Street
Floor 18
Chicago, IL 60606
Tel: (312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com

 ***Co-Lead Counsel for the Class***

Peter Safirstein
**SAFIRSTEIN LAW LLC**
45 N. Broad Street
Suite 100
Ridgewood, NJ 07450
Tel: (917) 952-9458
psafirstein@safirsteinlaw.com

***Co-Lead Counsel for the Class***

Lloyd Constantine
Ankur Kapoor
**CONSTANTINE CANNON LLP**
335 Madison Avenue, 9th Floor
New York, NY 10017
Tel: (212) 350-2700
lconstantine@constantinecannon.com
akapoor@constantinecannon.com

***Counsel for the Plaintiff Class***

2